**FILED**
June 05, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **AMOR CARO DEL CASTILLO,** | § | |
| **Plaintiff,** | § | |
| v. | § | **CIVIL NO. SA-25-CV-538-OLG** |
| **IHEARTMEDIA + ENTERTAINMENT, INC. and IHEARTMEDIA, INC.** | § | |
| **Defendants.** | § | |
| **CHERYL SHIELDS,** | § | |
| **Plaintiff,** | § | |
| v. | § | **CIVIL NO. SA-25-CV-599-OLG** |
| **IHEARTMEDIA + ENTERTAINMENT, INC. and IHEARTMEDIA, INC.** | § | |
| **Defendants.** | § | |
| **JESSICA MARTINEZ,** | § | |
| **Plaintiff,** | § | |
| v. | § | **CIVIL NO. SA-25-CV-617-OLG** |
| **IHEARTMEDIA + ENTERTAINMENT, INC.** | § | |
| **Defendant.** | § | |

# **O R D E R**

Pending before the Court are the above-captioned cases. In the first-filed case, Plaintiff Amor Caro Del Castillo ("Castillo") filed the Unopposed Motion to Consolidate Actions, Appoint Interim Class Counsel[,] and Set a Schedule (the "Motion") (Dkt. No. 7). The Court finds that these cases involve common questions of law and fact and, thus, should be consolidated pursuant

to Rule 42(a) of the Federal Rules of Civil Procedure.[1] For this reason, the Motion (Dkt. No. 7) is **GRANTED** insofar as it requests the consolidation of these actions. However, the Motion (Dkt. No. 7) is **DENIED WITHOUT PREJUDICE** in all other respects. Castillo is permitted to renew any remaining requests after consolidation.

**IT IS THEREFORE ORDERED** that Nos. SA-25-CV-599-OLG and SA-25-CV-617-OLG be consolidated into the lead case, No. SA-25-CV-538-OLG, which was filed first.

**IT IS FURTHER ORDERED** that all future filings in relation to these cases be filed under No. SA-25-CV-538-OLG.

The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** Nos. SA-25-CV-599-OLG and SA-25-CV-617-OLG pending further order of the Court.

**IT IS SO ORDERED**.

**SIGNED** this 5th day of June, 2025.

_____
ORLANDO L. GARCIA
United States District Judge

---

[1] Each of these cases involve data privacy claims arising from the same iHeartMedia data breach.